Dear,

Honorable Judge Matthew Schelp;
I first want to apologize for being in your court room today. I acknowledge, admit to my wrong doing of possession as a felon. Through out the two year duration, I can honestly say good have come from my circumstances more than I could have ever imagined. Such as getting to know self better than ever, work on my decision making and more importantly build a relationship with God. When I do go home in distancing myself from places crime infested as well as changing my living location. If your willing today, I want to ask can I hug my Grand-mother and daughter upon permission. Thank you for your time your honor.